UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CIV-ZLOCH

SOUND ADVICE, INC., a
Florida corporation,

    Plaintiff,

vs.                          O R D E R

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking
corporation,

    Defendant.
_____/



FILED by _____ D.C.

FEB 15 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Defendant, Monogram Credit Card Bank of Georgia's, Motion To Dismiss Complaint, bearing file stamp of the Clerk of this Court dated February 11, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's aforementioned Motion To Dismiss Complaint be and the same is hereby **DENIED** without prejudice for failure to comply with Rule 7.1(A)(4) of the Local Rules of the United States District Court for the Southern District of Florida.

IT IS FURTHER ORDERED AND ADJUDGED <u>that Bruce J. Berman,</u>



<u>Esquire, counsel of record for the Defendant, immediately upon receipt of same, shall provide copies of this Order to all counsel of record in the above-styled cause</u>.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___15th___ day of February, 2000.

					_____
					WILLIAM J. ZLOCH
					United States District Judge

Copy furnished:

Bruce J. Berman, Esq.