UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

SOUND ADVICE, INC., a
Florida corporation,

    Plaintiff,

v.

MONOGRAM CREDIT CARD BANK
OF GEORGIA, a Georgia banking
corporation,

    Defendant.
_____/

### PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME TO RESPOND TO DEFENDANT'S MOTION TO DISMISS COMPLAINT

Plaintiff, SOUND ADVICE, INC., ("Sound Advice") by and through its undersigned counsel, pursuant to Rule 6(b)(1), Fed.R.Civ.P., and Local Rule 7.1(A)(1)(j), hereby files this Motion for Enlargement of Time and respectfully requests a twenty (20) day enlargement of time to serve its response to Defendant's Motion to Dismiss Complaint and Memorandum of Law. As grounds therefor, Sound Advice states as follows:

1. Plaintiff filed its Complaint on or about December 13, 1999. Due to agreements between counsel for enlargements of time, Defendant served its Motion to Dismiss Complaint and Memorandum of Law on February 11, 2000. Therein, Defendant moved to dismiss all six counts of Plaintiff's Complaint.

2. Plaintiff's response to Defendant's Motion is due on or before February 29, 2000. Undersigned counsel requires additional time to prepare a response to Defendant's

7

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

Motion to Dismiss Complaint and Memorandum of Law because of several deadlines and commitments in other cases in both Federal and State Courts, as well as a court ordered arbitration commencing February 29, 2000. Accordingly, undersigned counsel requires an additional twenty (20) days in which to prepare an appropriate response to Defendant's Motion.

3. Undersigned counsel has attempted to confer with counsel for Defendant, Valerie Itkoff, Esq., with respect to the requested enlargement but has been unable to contact her. Counsel has been advised by Ms. Itkoff's assistant that Ms. Itkoff is out of town.

4. Based on the foregoing, Plaintiff respectfully requests a twenty (20) day enlargement of time to serve its response to Defendant's Motion to Dismiss Complaint. This Motion is made in good faith and not for purposes of delay. No prejudice will result to any party by granting this Motion.

WHEREFORE, Plaintiff, SOUND ADVICE, INC., respectfully requests that the Court grant an enlargement of time, through and including March 20, 2000 in which to serve its response to Defendant's Motion to Dismiss Complaint and Memorandum of Law and for such other relief as this Court deems just and proper.

Respectfully Submitted:

**LASH & GOLDBERG LLP**
Suite 1200, NationsBank Tower
100 S.E. Second Street
Miami, Florida 33131-2100
(305) 347-4040

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

(305) 347-4050 facsimile

Attorneys for Sound Advice, Inc.

By: _____
ALAN D. LASH
Florida Bar No. 510904
**KATHRYN M. FRIED**
Florida Bar No. 0065293

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by Facsimile and U.S. Mail this 28 day of February, 2000, to Valerie Itkoff, Esq., Weil Gotshal & Manges LLP, 701 Brickell Avenue, Suite 2100, Miami, FL 33131-2861.

By: _____
ALAN D. LASH