UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

SOUND ADVICE, INC., a
Florida corporation,

    Plaintiff,

v.

MONOGRAM CREDIT CARD BANK
OF GEORGIA, a Georgia banking
corporation,

    Defendant.
_____/

## JOINT SCHEDULING REPORT

Pursuant to Local Rule 16.1, Plaintiff Sound Advice, Inc. ("Sound Advice") and Defendant Monogram Credit Card Bank of Georgia ("Monogram" or "G.E.C.C.") have met and hereby submit the following Joint Scheduling Report, accompanied by a Joint Proposed Scheduling Order, in the above-styled action.

1. **Case Management Track.**

The parties stipulate that this matter is to be assigned to the Standard Track pursuant to Local Rule 16.1A2(b).

2. **A Detailed Schedule of Discovery for Each Party.**

The parties stipulate to provide voluntary disclosure pursuant to the parties' agreement and as otherwise contemplated by Local Rules 16.1B1, 3, and 4. The parties agree that on March 13, 2000, they will exchange all relevant documents and other



CASE NO. 00-6050 CIV-ZLOCH/SELTZER

evidence then reasonably available to a party which are then contemplated to be used in support of the allegations of the pleading filed by the party. Additionally, the parties will exchange a list of witnesses then known to have knowledge of the facts supporting the material allegations of the pleading filed by the party.

The parties further stipulate that each party shall disclose expert witnesses pursuant to Local Rule 16.1K no later than July 1, 2000.

3. **Proposed Deadlines.**

For joinder of additional parties and to amend the pleadings: July 1, 2000.

Discovery cutoff: September 1, 2000.

For filing of pre-trial motions: November 1, 2000.

4. **Proposed Dates for Pretrial Conference and Trial.**

Pretrial Conference date: January 1, 2001

Proposed Trial date: February 1, 2001

5. **Estimated Time for Jury Trial.**

A jury trial has been requested. The Plaintiff estimates that 3-5 days will be needed to complete the jury trial. The Defendant estimates that 2-3 days will be needed to complete the jury trial.

6. **Pending Motions.**

Defendant's Motion to Dismiss Complaint, filed February 11, 2000, is pending.

7. **Unique Legal or Factual Aspects of the Case Requiring Special Consideration by the Court.**

None.

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

8. **Suggestions on the Advisability of Referring Matters to a Magistrate.**

The parties agree to have all discovery disputes, and any other motions which are not case dispositive, referred to the Magistrate Judge, but wish to have all case dispositive motions ruled upon by the District Judge. The parties object to trial by the Magistrate Judge.

9. **Status and Likelihood of Settlement.**

The parties have discussed the possibility and likelihood of settlement, but have been unable to settle at this time.

10. **Likelihood of Additional Parties.**

Depending upon the evidence obtained through discovery, the parties may seek to join additional parties to this action.

11. **Cooperation by the Parties.**

The parties will cooperate in exchanging documents and will work toward stipulations as to the authentication of documents, as to uncontroverted facts, and as to suggestions for the avoidance of unnecessary proof and cumulative evidence. The parties are currently unaware of the need for advance rulings from the Court on admissibility of evidence. The parties will also work toward formulating and simplifying the issues, including the elimination of frivolous claims and defenses.

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

12. **Other Matter which May Aid the Court in the Fair and Expeditious Administration and Disposition of this Action.**

None.

13. **Proposed Joint Scheduling Order.**

The parties' proposed Joint Scheduling Order is attached hereto.

Dated: February 25, 2000

**LASH & GOLDBERG LLP**
NationsBank Tower, Suite 1200
100 Southeast Second Street
Miami, FL 33131-2100
Tel.: (305) 347-4040
Fax.: (305) 347-4050
Attorneys for Sound Advice

By: *Kathryn M. Fried*
Alan D. Lash
Fla. Bar No. 510904
**Kathryn M. Fried**
Fla. Bar No. 0065293

**WEIL GOTSHAL & MANGES LLP**
701 Brickell Avenue
Suite 2100
Miami, Florida 33131-2861
Tel.: (305) 577-3100
Fax.: (305) 374-7159
Attorneys for Monogram

By: [signature]
Bruce J. Berman
Fla. Bar No. 159280
**Valerie Itkoff**
Fla. Bar No. 26514

F:\WPDocs\Sound Advice\G.E.C.C\Pleadings\USDC.Pleadings\Scheduling Report.wpd