UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CIV-ZLOCH

FILED by _____ D.C.

FEB 29 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

SOUND ADVICE, INC., a
Florida corporation,

      Plaintiff,

vs.                                                        O R D E R

MONOGRAM CREDIT CARD BANK
OF GEORGIA, a Georgia
banking corporation,

      Defendant.
_____/

    THIS MATTER is before the Court upon the Plaintiff, Sound Advice, Inc.'s, Motion For Enlargement Of Time To Respond To Defendant's Motion To Dismiss Complaint, bearing file stamp of the Clerk of this Court dated February 28, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Plaintiff's aforementioned Motion For Enlargement Of Time be and the same is hereby **DENIED.**

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 29th day of February, 2000.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

See attached Mailing List

9

SOUND ADVICE, INC. v. MONOGRAM CREDIT CARD BANK OF GEORGIA
CASE NO. 00-6050-CIV-ZLOCH


Alan D. Lash, Esq.
Lash & Goldberg, LLP
For Plaintiff
Suite 1200 NationsBank Tower
100 S.E. Second Street
Miami, FL 33131-2158

Valerie Itkoff, Esq.
Weil Gotshal & Manges, LLP
For Defendant
701 Brickell Avenue
Suite 1200
Miami, FL 33131-2861