UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CIV-ZLOCH

SOUND ADVICE, INC., a
Florida corporation,

    Plaintiff,

vs.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking
corporation,

    Defendant.
_____/

**O R D E R**



FILED by _____ D.C.

MAR 03 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Plaintiff, Sound Advice, Inc.'s Unopposed Renewed Motion For Enlargement Of Time To Respond To Defendant's Motion To Dismiss, bearing file stamp of the Clerk of this Court dated March 2, 2000. The Court having carefully reviewed said Motion and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** as follows:

1. The Plaintiff, Sound Advice, Inc.'s aforementioned Unopposed Renewed Motion For Enlargement Of Time To Respond To Defendant's Motion To Dismiss be and the same is hereby **GRANTED** to the extent that the Plaintiff shall have up to and including Tuesday, March 7, 2000 within which to file a response to the Defendant's Motion To Dismiss (DE 5); and

2. In all other respects, the Plaintiff's aforementioned

Unopposed Motion be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____ day of March, 2000.

```
                              _____
                              WILLIAM J. ZLOCH
                              United States District Judge
```

Copies furnished:

Alan Lash, Esq.
For Plaintiff

Valerie Itkoff, Esq.
For Defendant