UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CIV-ZLOCH

SOUND ADVICE, INC., a
Florida corporation,

      Plaintiff,

vs.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking
corporation,

      Defendant.

_____/

    O R D E R

FILED by _____ D.C.

MAR 2 8 2000

CLARENCE MADDOX
CLERK U.S DIST. CT.
S.D. OF FLA. FT. LAUD.

    THIS MATTER is before the Court upon the Defendant, Monogram Credit Card Bank of Georgia's, Motion To Dismiss Complaint (DE 11). The Court notes that the Plaintiff has filed an Amended Complaint.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Defendant's aforementioned Motion To Dismiss Complaint (DE 11) be and the same is hereby **DENIED** as moot.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _28th_ day of March, 2000.

                 WILLIAM J. ZLOCH
                 United States District Judge

Copies furnished:
 Alan D. Lash, Esq.
 Bruce J. Berman, Esq.

