UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

SOUND ADVICE, INC., a
Florida corporation,

    Plaintiff,

v.

MONOGRAM CREDIT CARD BANK
OF GEORGIA, a Georgia banking
corporation,

    Defendant.

_____/

**PLAINTIFF'S UNOPPOSED MOTION TO EXCEED PAGE LIMITATION ON ITS MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AMENDED COMPLAINT**

Pursuant to Local Rule 7.1(C)(2), Plaintiff, Sound Advice, Inc. ("Sound Advice"), by and through undersigned counsel, respectfully moves for leave to exceed the page limitation on its Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint. As grounds therefor, Sound Advice states as follows:

1.    On December 13, 1999, Sound Advice filed a Complaint in the Circuit Court in and for Broward County, Florida against Defendant, Monogram Credit Card Bank of Georgia. Defendant removed the action to this Court on January 10, 2000.

2.    On February 11, 2000, Defendant filed a Motion to Dismiss the Complaint. In an effort to clarify the Complaint in order to avoid protracted motion practice, Sound Advice filed an Amended Complaint on March 6, 2000.



CASE NO. 00-6050 CIV-ZLOCH/SELTZER

3. On March 23, 2000, Defendant filed its Motion to Dismiss Amended Complaint, to which Plaintiff responds in opposition.

4. Defendant's Motion to Dismiss seeks to dismiss each of the twelve counts asserted in Plaintiff's Amended Complaint and raises numerous issues which Sound Advice must address in its response.

5. Accordingly, Sound Advice respectfully requests leave to file a Memorandum of Law in Opposition to Defendant's Motion to Dismiss in excess of twenty (20) pages. Sound Advice respectfully requests that the Court grant it leave to file a Memorandum of Law consisting of up to twenty-five (25) pages, exclusive of the certificate of service.

6. Undersigned counsel has conferred with Defendant's counsel, Valerie Itkoff, Esq., and Ms. Itkoff has no objection to Plaintiff's request to exceed the page limitation.

7. This Motion is made in good faith and there will be no prejudice to any party if the Motion is granted.

WHEREFORE, Sound Advice respectfully requests that this Court grant this Motion and allow Plaintiff to file a Memorandum of Law in Opposition to Defendant's Motion to Dismiss Amended Complaint consisting of up to twenty-five (25) pages in length, exclusive of the certificate of service.

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

Respectfully submitted:

**LASH & GOLDBERG LLP**
Suite 1200, NationsBank Tower
100 S.E. Second Street
Miami, FL 33131-2158
(305) 347-4040
(305) 347-4050 Facsimile
Attorneys for Sound Advice, Inc.

By: *Kathryn M. Fried*
**ALAN D. LASH**
Florida Bar No. 510904
**KATHRYN M. FRIED**
Florida Bar No. 0065293

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by United States Mail this 7 day of April, 2000, to Bruce J. Berman, Esq. and Valerie Itkoff, Esq., Weil, Gotshal & Manges, LLP, 701 Brickell Avenue, Suite 2100, Miami, FL 33131-2861.

By: *Kathryn M. Fried*
**KATHRYN M. FRIED**

F:\WPDocs\Sound Advice\G.E.C.C\Pleadings\USDC Pleadings\MotiontoExceedPageLimit.wpd

3