UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CIV-ZLOCH

SOUND ADVICE, INC., a
Florida corporation,

    Plaintiff,

vs.

                                                   O R D E R

MONOGRAM CREDIT CARD BANK
OF GEORGIA, a Georgia
banking corporation,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Plaintiff, Sound Advice, Inc.'s, Unopposed Motion To Exceed Page Limitation On Its Memorandum Of Law In Opposition To Defendant's Motion To Dismiss Amended Complaint (DE 16). The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that the Plaintiff's aforementioned Unopposed Motion To Exceed Page Limitation (DE 16) be and the same is hereby **DENIED**.

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of April, 2000.

                                                 _____
                                                 WILLIAM J. ZLOCH
                                                 United States District Judge

Copies furnished:

See attached Mailing List



SOUND ADVICE, INC. v. MONOGRAM CREDIT CARD BANK OF GEORGIA
CASE NO. 00-6050-CIV-ZLOCH

Alan D. Lash, Esq.
Kathryn M. Fried, Esq.
Lash & Goldberg
For Plaintiff
Suite 1200, NationsBank Tower
100 S.E. Second Street
Miami, FL 33131

Bruce J. Berman, Esq.
Valerie Itkoff, Esq.
Weil, Gotshal & Manges
For Defendant
701 Brickell Avenue, Suite 2100
Miami, FL 33131