**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer



SOUND ADVICE, INC., a Florida
corporation,

Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

Defendant.

_____/

**DEFENDANT'S *UNOPPOSED***
**MOTION TO ENLARGE**
**TIME TO SERVE AN**
**ANSWER TO THE AMENDED**
**COMPLAINT**

Defendant, Monogram Credit Card Bank of Georgia, a Georgia banking corporation ("Monogram"), pursuant to Federal Rule of Civil Procedure 6(b) and United States District Court for the Southern District of Florida Rule 7.1, moves for an enlargement of time until June 19, 2000 to serve an Answer to the Amended Complaint.

Plaintiff, Sound Advice ("Plaintiff"), filed the Amended Complaint on March 6, 2000. On March 23, 2000, Monogram served initial interrogatories and a First Request for Production of Documents. Monogram moved to dismiss Plaintiff's Amended Complaint, but Monogram's Motion to Dismiss was denied on May 4, 2000.

On May 19, 2000, the parties discussed the litigation and due to their heavy litigation schedules, counsel agreed that Defendant would answer the Amended Complaint by June 19, 2000.



This motion is filed in good faith and not for the purposes of delay.

Pursuant to the Local Rules, the parties filed a Joint Scheduling Report on February 25, 2000. Accordingly, the short unopposed enlargement of time to Answer the Amended Complaint will not cause a delay in the litigation.

Wherefore, Monogram respectfully requests the Court enter the attached order granting the enlargement of time until June 19, 2000 to serve an answer to the Amended Complaint.

Respectfully submitted,

**WEIL, GOTSHAL & MANGES LLP**
Attorneys for Defendant
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Tel. (305)577-3100
Fax. (305) 374-7159

By: _____

Edward Soto (Fla. Bar #265144)
Jennifer Ator (Fla. Bar #0120911)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by mail upon Lash & Goldberg LLP, 100 S.E. 2nd Street, Suite 1200, NationsBank Tower, Miami, Florida 33131-2158 this 8th day of June, 2000.

_____