UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CIV-ZLOCH

SOUND ADVICE, INC., a
Florida corporation,

     Plaintiff,

vs.                                    **O R D E R**

MONOGRAM CREDIT CARD BANK
OF GEORGIA, a Georgia
banking corporation,

     Defendant.

_____/

THIS MATTER is before the Court upon the Defendant, Monogram Credit Card Bank of Georgia's, Unopposed Motion To Enlarge Time To Serve An Answer To The Amended Complaint, bearing file stamp of the Clerk of this Court dated June 9, 2000. The Court has carefully reviewed said Motion and after due consideration, it is

**ORDERED AND ADJUDGED** that the Defendant's aforementioned Unopposed Motion To Enlarge Time be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this _____15th_____ day of June, 2000.

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

Kathryn Fried, Esq.
Jennifer Ator, Esq.

24