SOUND ADVICE, INC., etc.

   Plaintiff

v.

MONOGRAM CREDIT CARD BANK OF GEORGIA, etc.

   Defendant
_____/

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.  00-6050-CIV-ZLOCH

**ORDER FOR PRE-TRIAL**
**CONFERENCE**

    The above-styled cause is hereby set for Pre-Trial Conference on ____April 13____, 2001___, at 9:30 a.m., at the United States Courthouse, Courtroom A, 299 East Broward Boulevard, Fort Lauderdale, Broward County, Florida. Pursuant to Local Rule 16.1 of this Court, the parties shall abide by the following time schedule under penalty of dismissal or other sanction.

TIME SCHEDULE

| | |
|---|---|
| SEVENTEEN days prior to P-T Conf. | - Attorneys must meet |
| FIFTEEN days prior to P-T Conf. | - Resume of experts and their reports must be exchanged |
| FIVE days prior to P-T Conf. | - ALL discovery must be completed |
| 90 days prior to P-T Conf. | - ALL Motions for Summary Judgment and Motions for Judgment on the Pleadings must be filed |

**EXCEPT AS OTHERWISE MODIFIED HEREIN, THE PARTIES MUST COMPLY IN FULL WITH LOCAL RULE 16.1 OF THIS COURT.  THE PROVISIONS OF THIS ORDER SHALL SUPERSEDE ANY DEADLINES OR SCHEDULES AGREED UPON BY THE PARTIES.**

**TRIAL DATE: PARTIES MUST BE READY FOR TRIAL AT ANY TIME AFTER THE PRE-TRIAL CONFERENCE.  THERE WILL BE NO CALENDAR CALL.**

PRE-TRIAL STIPULATION must be filed in Fort Lauderdale, Florida, on or before ____March 30, 2001____.

    DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this __15th__ day of ___June___, 2000.

*/s/ William J. Zloch*

WILLIAM J. ZLOCH
United States District Judge

Copies furnished:
Alan D. Lash, Esq.
Bruce J. Berman, Esq.