UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

SOUND ADVICE, INC., a
Florida corporation,

    Plaintiff,

v.

MONOGRAM CREDIT CARD BANK
OF GEORGIA, a Georgia banking
corporation,

    Defendant.
_____/



## NOTICE OF STIPULATION OF MEDIATOR

Pursuant to the Order of Referral to Mediation entered by this Court on June 13, 2000, the parties have agreed to mediation of this cause by:

Michael A. Hanzman, Esq.
Hanzman, Criden, Korge & Chaykin, P.A.
200 S. Biscayne Blvd., Suite 2100
Miami, Florida 33131
Phone: (305) 357-9000
Fax: (305) 357-9050.

Respectfully Submitted:

**LASH & GOLDBERG LLP**
Suite 1200
Bank of America Tower
100 Southeast Second Street
Miami, Florida 33131
Phone: (305) 347-4040
Fax: (305) 347-4050
Attorneys for Sound Advice, Inc.

By: _Kathryn M. Fried_
**ALAN D. LASH**
Florida Bar No. 0510904
**KATHRYN M. FRIED**
Florida Bar No. 0065293

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true copy of the foregoing was served by United States Mail upon Edward Soto, Esq./Jennifer Ator, Esq., Weil Gotshal & Manges LLP, 701 Brickell Avenue, Suite 2100, Miami, FL 33131-2861 and Michael A. Hanzman, Esq., Hanzman, Criden, Korge & Chaykin, P.A., 200 S. Biscayne Blvd., Suite 2100, Miami, Florida 33131 this  10  day of July, 2000.

By: *Kathryn M. Fried*

**ALAN D. LASH**
**KATHRYN M. FRIED**

F:\WPDocs\Sound Advice\G E C.C\Pleadings\USDC Pleadings\StipulationMediator.wpd