**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer

SOUND ADVICE, INC., a Florida
corporation,

    Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

    Defendant.

_____/

**NIGHT BOX FILED**
**NOV 2 2000**

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

**NOTICE OF SERVICE**

Defendant, Monogram Credit Card Bank of Georgia, serves the following:

1. Subpoena Duces Tecum upon Auditing & Consulting Professional, Inc.,

2. Subpoena for Deposition upon Peter Beshouri, and

3. Subpoena for Deposition upon Kenneth L. Danielson.

    Respectfully submitted,

    **WEIL, GOTSHAL & MANGES LLP**
    Attorneys for Defendants
    701 Brickell Avenue, Suite 2100
    Miami, Florida 33131
    Tel. (305) 577-3100
    Fax. (305) 374-7159

    By: _____
    Edward Soto (FBN 265144)
    Jennifer J. Ator (FBN 0120911)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by mail upon Lash & Goldberg LLP, 100 S.E. 2nd Street, Suite 1200, NationsBank Tower, Miami, Florida 33131-2158 this 2nd day of November, 2000.

*[signature]*