**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer

SOUND ADVICE, INC., a Florida
corporation,

    Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

    Defendant.

_____/

**NIGHT BOX FILED
NOV 1 6 2000
CLARENCE MADDOX
CLERK, USDC / SDFL / FTL**

## NOTICE OF ABSENCE

NOTICE IS HEREBY GIVEN that JENNIFER ATOR, ESQ., of Weil, Gotshal & Manges LLP, the associate assigned to this matter, will be out of the office on November 22 and 26 because she is getting married on November 25, 2000. Ms. Ator will be out of the country on her honeymoon from Thursday, December 21, 2000 through Wednesday, January 3, 2001. It is respectfully requested that no motions, hearings, depositions or requests for discovery be set during this time period.

Respectfully submitted,

**WEIL, GOTSHAL & MANGES LLP**
Attorneys for Defendant
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Tel. (305) 577-3100
Fax. (305) 374-7159

By: _____
Edward Soto (FBN 265144)
Jennifer J. Ator (FBN 0120911)

MH:\95399\01\21LZ01!.DOC\47660.1820

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by mail upon Lash & Goldberg LLP, 100 S.E. 2nd Street, Suite 1200, NationsBank Tower, Miami, Florida 33131-2158 this ___16th___ day of November, 2000.

_____
[signature]