FILING FEE
PAID 521 24 $175.00
In Forma
Pauperis
Clarence Maddox, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer

SOUND ADVICE, INC., a Florida
corporation,

    Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

    Defendant.
_____/



## MOTION FOR PETER A. ANTONUCCI, ESQ. TO APPEAR
### *PRO HAC VICE*

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Peter A. Antonucci, Esq., of the law firm Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, for purposes of appearing as co-counsel on behalf of Monogram Credit Card Bank of Georgia, herein, in the above-styled case only.

Peter A. Antonucci, Esq. certificates herewith that he has studied the Local Rules of this Court and is a member in good standing of the Bars of the States of Connecticut and New York, since 1990 and 1991, respectively. Mr. Antonucci is admitted to practice before the United States Supreme Court and the

MI1: 97012\02\22%*S02!.DOC 47660.1802

39

United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Wisconsin, the Eastern District of Michigan.

Attached hereto is a certificate of good standing from the Clerk of the United States District Court for Southern District of New York.

### CERTIFICATION OF STUDY OF THE LOCAL RULES

I hereby certify that I have studied the Local Rules for the Southern District of Florida.

Dated: 12|7|00

Peter A. Antonucci

Executed under penalty of perjury on the 7th day of December, 2000.

In further support of this motion, it is hereby designated that Edward Soto, Esq. and Jennifer J. Ator, Esq., Weil, Gotshal & Manges LLP, are members of the bar of this Court and maintain an office in this District for the practice of law. They are the persons to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, Edward Soto of the law firm of Weil, Gotshal & Manges LLP, 701 Brickell Avenue, Suite 2100, Miami, Florida 33131, (305) 577-3100, acts as local counsel in this matter on behalf of Monogram Credit Card Bank of Georgia.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: 12/8/00

Jennifer J. Ator

Executed under penalty of perjury on the 8th day of December, 2000.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP
Attorneys for Defendant
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Tel. (305)577-3100
Fax. (305) 374-7159

By: _____
Edward Soto (FB #265144)
Jennifer J. Ator (FB #0120911)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by mail upon Lash & Goldberg LLP, 100 S.E. 2nd Street, Suite 1200, NationsBank Tower, Miami, Florida 33131-2158 this 8th day of December, 2000.

# United States District Court
## Southern District of New York

# Certificate of Good Standing

I, **James M. Parkison**, Clerk of this Court, certify that

**PETER ANTHONY ANTONUCCI**, Bar # **PA7402**

was duly admitted to practice in this Court on

**JANUARY 29th, 1991**, and is in good standing

as a member of the Bar of this Court.

Dated at **500 Pearl Street / New York, New York** on **DECEMBER 7th, 2000**

*[signature]* Clerk    by: *[signature]* Deputy Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer

SOUND ADVICE, INC., a Florida
corporation,

        Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

        Defendant.
_____/

**ORDER GRANTING MOTION FOR
PETER ANTONUCCI, ESQ. TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the application of Peter Antonucci, counsel for Sound Advice, Inc., for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Fort Lauderdale, Florida, this ___ day of December, 2000.

                                        _____
                                        WILLIAM J. ZLOCH
                                        UNITED STATES DISTRICT JUDGE
                                        SOUTHERN DISTRICT OF FLORIDA

cc:    Counsel of Record