UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CIV-ZLOCH



SOUND ADVICE, INC., a Florida
corporation,

        Plaintiff,

vs.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking
corporation,

        Defendant.
_____/

**O R D E R**

THIS MATTER is before the Court upon the Motion For Peter A. Antonucci, Esq. to Appear Pro Hac Vice, bearing file stamp of the Clerk of this Court dated December 8, 2000, filed herein by Edward Soto, Esq. and Jennifer J. Ator, Esq. The Court has carefully reviewed said Motion and is otherwise fully advised in the premises.

Pursuant to Administrative Order No. 96-61 entered by Chief Judge Norman C. Roettger of the Southern District of Florida, this Court requires every attorney petitioning the Court to appear and participate in a particular case under Rule 4.B of the Special Rules Governing the Admission and Practice of Attorneys to pay a $75.00 fee to the Clerk of the Court. Upon notification to the



Court that said fee has been paid, the Court will entertain a renewed Motion For Peter A. Antonucci, Esq. To Appear Pro Hac Vice.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Motion For Peter A. Antonucci, Esq. To Appear Pro Hac Vice, filed herein by Edward Soto and Jennifer J. Ator, Esq., be and the same is hereby **DENIED** without prejudice.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ____11th____ day of December, 2000.

*[signature]*
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Lash & Goldberg, LLP
100 S.E. 2nd Street, Suite 1200
Miami, FL 33131-2158
For Plaintiff

Edward Soto, Esq.
Jennifer J. Ator, Esq.
701 Brickell Ave., Suite 2100
Miami, FL 33131
For Defendant