**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer



SOUND ADVICE, INC., a Florida
corporation,

       Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

       Defendant.
_____/

## DEFENDANT'S MOTION TO ENLARGE TIME TO FILE AND RESPOND TO THE MOTION FOR SUMMARY JUDGMENT AND MOTION TO ENLARGE THE PAGE LIMITATION

Defendant, Monogram Credit Card Bank of Georgia, a Georgia banking corporation, pursuant to Federal Rule of Civil Procedure 6(b) and United States District Court for the Southern District of Florida Rule 7.1, moves for an Order: 1) granting defendant 5 additional business days to file its Motion for Summary Judgment, until January 22, 2001, 2) enlarging the time for Plaintiff to respond to the Motion for Summary Judgment until February 20, 2001, and 3) enlarging the page limitation for the Motion for Summary Judgment to thirty pages.

### Enlargement of Time to File the Motion for Summary Judgment

1. Edward Soto, Defendant's Lead Counsel, responded to a family emergency on November 3, 2000, when his teenage son was admitted into Jackson Memorial Hospital and had to undergo emergency neurosurgery to remove a

tumor attached to his spine. Mr. Soto's son suffered a difficult recovery, which caused Mr. Soto to be out of the office for 22 business days during the month of November alone.

2. Because of Mr. Soto's family emergency, he was forced to reschedule almost all of his professional engagements for the months of November and December.

3. Jennifer J. Ator, the only associate who has been working on this matter, got married on November 25, 2000. Moreover, Ms. Ator is going on her honeymoon and will be out of the country from December 21, 2000 until January 3, 2001.

4. Because (i) Mr. Soto was unexpectedly unavailable nearly every business day during the month of November and (ii) Ms. Ator is going on her honeymoon, Defendant respectfully requests a brief extension of 5 business days, to January 22, 2001, to file its Motion for Summary Judgment. (Under the terms of the current Order for Pre-Trial Conference, Defendant is required to file its Motion for Summary Judgment on January 12, 2001.)

5. Because Plaintiff is scheduled to take depositions in this matter through January 2001, Defendant has agreed to request additional time for Plaintiff to respond to the Motion for Summary Judgment. Therefore, Defendant respectfully

requests that Plaintiff be granted time to February 20, 2001 to file its response to Defendant's Motion for Summary Judgment. Defendant's reply will be governed by the Local Rules.

### Enlargement of the Page Limitation to 30 Pages

6. The Parties respectfully request leave to file an additional ten pages in connection with defendant's supporting Memorandum of Law, and Plaintiff's Opposition, which would make each memorandum a total of 30 pages.

7. The Parties need the additional pages to properly address the 12 counts in the Amended Complaint and to adequately brief the legal and factual grounds relative to the Motion for Summary Judgment.

8. Counsel for Plaintiff, Alan Lash, has consented to the granting of this motion.

9. No prior application for this or any similar relief has been made.

10. This motion is filed in good faith and not for the purposes of delay.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP
Attorneys for Defendant
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Tel. (305)577-3100
Fax. (305) 374-7159

By: *Edward Soto*

Edward Soto (Fla. Bar #265144)
Jennifer Ator (Fla. Bar #0120911)

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a copy of the foregoing was served by mail upon Lash & Goldberg LLP, 100 S.E. 2nd Street, Suite 1200, NationsBank Tower, Miami, Florida 33131-2158 this 12th day of December, 2000.

*Edward Soto*