## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer

SOUND ADVICE, INC., a Florida
corporation,

       Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

       Defendant.
_____/



### RENEWED MOTION FOR PETER A. ANTONUCCI, ESQ. TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully files a renewed motion for the admission of Peter A. Antonucci, Esq., of the law firm Weil, Gotshal & Manges LLP, 767 Fifth Avenue, New York, New York 10153, for purposes of appearing as co-counsel on behalf of Monogram Credit Card Bank of Georgia, herein, in the above-styled case only.

Peter A. Antonucci, Esq. certificates herewith that he has studied the Local Rules of this Court and is a member in good standing of the Bars of the States of Connecticut and New York, since 1990 and 1991, respectively. Mr. Antonucci is admitted to practice before the United States Supreme Court and the



United States District Courts for the Southern and Eastern Districts of New York, the Eastern District of Wisconsin, the Eastern District of Michigan.

Attached hereto is a certificate of good standing from the Clerk of the United States District Court for Southern District of New York.

### CERTIFICATION OF STUDY OF THE LOCAL RULES

I hereby certify that I have studied the Local Rules for the Southern District of Florida.

Dated: 12/13/00

Peter A. Antonucci

Executed under penalty of perjury on the 13 day of December, 2000.

In further support of this motion, it is hereby designated that Edward Soto, Esq. and Jennifer J. Ator, Esq., Weil, Gotshal & Manges LLP, are members of the bar of this Court and maintain an office in this District for the practice of law. They are the persons to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, Edward Soto of the law firm of Weil, Gotshal & Manges LLP, 701 Brickell Avenue, Suite 2100, Miami, Florida 33131, (305) 577-3100, acts as local counsel in this matter on behalf of Monogram Credit Card Bank of Georgia.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: 12/13/00

*Jennifer J. Ator*
Jennifer J. Ator

Executed under penalty of perjury on the 13 day of December, 2000.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP
Attorneys for Defendant
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Tel. (305)577-3100
Fax. (305) 374-7159

By: *Jennifer J. Ator*
Edward Soto (FB #265144)
Jennifer J. Ator (FB #0120911)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by mail upon Lash & Goldberg LLP, 100 S.E. 2nd Street, Suite 1200, NationsBank Tower, Miami, Florida 33131-2158 this 13 day of December, 2000.

*Jennifer J. Ator*

# United States District Court

## Southern District of New York

## Certificate of Good Standing

I, **James M. Parkison**, *Clerk of this Court, certify that*

**PETER ANTHONY ANTONUCCI**, Bar # **PA7402**

*was duly admitted to practice in this Court on*

**JANUARY 29th, 1991**, *and is in good standing*

*as a member of the Bar of this Court.*

**500 Pearl Street**
Dated at **New York, New York**    on **DECEMBER 7th, 2000**

*James M. Parkison*    by: *[signature]*
Clerk                        Deputy Clerk

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer

SOUND ADVICE, INC., a Florida
corporation,

        Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

        Defendant.

_____/

## ORDER GRANTING RENEWED MOTION FOR
## PETER ANTONUCCI, ESQ. TO APPEAR *PRO HAC VICE*

This cause has come before the Court upon the application of Peter Antonucci, counsel for Sound Advice, Inc., for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Fort Lauderdale, Florida, this ___ day of December, 2000.

                                                  _____
                                                  WILLIAM J. ZLOCH
                                                  UNITED STATES DISTRICT JUDGE
                                                  SOUTHERN DISTRICT OF FLORIDA

cc:    Counsel of Record