**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer

SOUND ADVICE, INC., a Florida
corporation,

        Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

        Defendant.
_____/



## NOTIFICATION OF PAYMENT OF FEE FOR *PRO HAC VICE* ADMISSION FOR PETER A. ANTONUCCI, ESQ.

In accordance with this Court's Order dated December 11, 2000, the undersigned respectfully files notification of payment of the $75.00 fee for Peter A. Antonucci's *pro hac vice* admission to this Court.

The $75.00 fee was paid on December 11, 2000 with check number 7567. The Clerk's receipt number is 521124.

        Respectfully submitted,

        WEIL, GOTSHAL & MANGES LLP
        Attorneys for Defendant
        701 Brickell Avenue, Suite 2100
        Miami, Florida 33131
        Tel. (305)577-3100
        Fax. (305) 374-7159

By: _____
        Edward Soto (FB #265144)
        Jennifer J. Ator (FB #0120911)

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a copy of the foregoing was served by mail upon Lash & Goldberg LLP, 100 S.E. 2nd Street, Suite 1200, NationsBank Tower, Miami, Florida 33131-2158 this \_\_13\_\_ day of December, 2000.

*[signature: Jennifer J. Ator]*