UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CIV-ZLOCH

SOUND ADVICE, INC., a
Florida corporation,

    Plaintiff

vs.                          **O R D E R**

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking
corporation,

    Defendant.
_____/



FILED by _____ D.C.

DEC 13 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

This Matter is before the Court upon the Defendant, Monogram Credit Card Bank of Georgia's Motion To Enlarge Time To File And Respond To The Motion For Summary Judgment And Motion To Enlarge The Page Limitations, bearing file stamp of the Clerk of this Court dated December 12, 2000. The Court having carefully reviewed said Motion and the entire court file and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that the Defendant's aforementioned Motion be and the same is hereby **GRANTED** in part and **DENIED** in part as follows:

1. The Defendant's Motion For Summary Judgment must be filed with the Clerk of this Court on or before Friday, January 19, 2001. The Plaintiff's Response and Defendant's Reply to said Motion For Summary Judgment must be filed within the time limits established

by the Local Rules for the Southern District of Florida.

2. In all other respects the Defendant's Motion To Enlarge Time To File and Respond To The Motion For Summary Judgment And Motion To Enlarge The Page Limitations be and the same is hereby **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___13th___ day of December, 2000.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Alan David Lash, Esq.
For Plaintiff

Edward Soto, Esq.
For Defendant