FILING FEE
PAID $75.00
In Forma Pauperis Receipt #521183
Clarence Maddox, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer

SOUND ADVICE, INC., a Florida corporation,

    Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF GEORGIA, a Georgia banking corporation,

    Defendant.

_____/



## MOTION FOR ERIC S. BERKOWITZ, ESQ. TO APPEAR *PRO HAC VICE*

In accordance with Local Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys of the United States District Court for the Southern District of Florida, the undersigned respectfully moves for the admission of Eric S. Berkowitz, Esq., Litigation Counsel of General Electric Capital Corp., 1600 Summer Street, Stamford, CT 06905, for purposes of appearing as co-counsel on behalf of Monogram Credit Card Bank of Georgia, herein, in the above-styled case only.

Eric S. Berkowitz, Esq. certifies herewith that he has studied the Local Rules of this Court and is a member in good standing of the bar of New York and the United States District Court for the Southern District of New York. Attached hereto is a certificate of good standing from the Clerk of the United States District Court for the Southern District of New York.

MII 97014 01 22°.° .611 DOC 47660 1820

## CERTIFICATION OF STUDY OF THE LOCAL RULES

I hereby certify that I have studied the Local Rules for the Southern District of Florida.

Dated: 12/15/00

Eric S. Berkowitz

Executed under penalty of perjury on the 15th day of December, 2000.

In further support of this motion, it is hereby designated that Edward Soto, Esq. and Jennifer Ator, Esq. are members of the bar of this Court and maintain an office in this District for the practice of law. They are the persons to whom the Court and counsel may readily communicate and upon whom papers may be served. In addition, Edward Soto of the law firm of Weil, Gotshal & Manges LLP, 701 Brickell Avenue, Suite 2100, Miami, Florida 33131, (305) 577-3100, acts as local counsel in this matter on behalf of Monogram Credit Card Bank of Georgia.

## CONSENT TO DESIGNATION

I hereby consent to the foregoing designation.

Dated: **Dec. 18, 2000**

*Jennifer J. Ator*
Jennifer Ator

Executed under penalty of perjury on the 18th day of December,

2000.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP
Attorneys for Defendant
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Tel. (305)577-3100
Fax. (305) 374-7159

By: *Jennifer J. Ator*
Edward Soto (Fla. Bar #265144)
Jennifer Ator (Fla. Bar #0120911)

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by mail upon Lash & Goldberg LLP, 100 S.E. 2nd Street, Suite 1200, NationsBank Tower, Miami, Florida 33131-2158 this 18th day of December, 2000.

*Jennifer J. Ator*

# United States District Court
### Southern District of New York

**Certificate of Good Standing**

I, **James M. Parkison**, *Clerk of this Court, certify that*

**Eric S. Berkowitz**, *Bar #* **EB4144**

*was duly admitted to practice in this Court on*

**July 9, 1996**, *and is in good standing*

*as a member of the Bar of this Court.*

*Dated at* **500 Pearl Street**
**New York, New York**    *on*    **Dec. 14, 2000**

_M. James Parkison_    **by:** _____
**Clerk**                        **Deputy Clerk**

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer

SOUND ADVICE, INC., a Florida
corporation,

        Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

        Defendant.
_____/

**ORDER GRANTING MOTION FOR
ERIC BERKOWITZ, ESQ. TO APPEAR *PRO HAC VICE***

This cause has come before the Court upon the application of Berkowitz, counsel for Sound Advice, Inc., for permission to appear and participate pro hac vice in the above-styled case. Being fully advised, the Court

ORDERS, ADJUDGES and DECREES that said motion be, and the same is hereby, GRANTED.

DONE and ORDERED in chambers at the United States District Courthouse, Fort Lauderdale, Florida, this ___ day of December, 2000.

                                              WILLIAM J. ZLOCH
                                              UNITED STATES DISTRICT JUDGE
                                              SOUTHERN DISTRICT OF FLORIDA

cc:    Counsel of Record