UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CIV-ZLOCH



SOUND ADVICE, INC., a
Florida corporation,

    Plaintiff,

vs.                                      **O R D E R**

MONOGRAM CREDIT CARD BANK
OF GEORGIA, a Georgia
banking corporation,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Motion For Eric S. Berkowitz, Esq. To Appear Pro Hac Vice, bearing file stamp of the Clerk of this Court dated December 18, 2000, filed herein by Jennifer Ator, Esq. The Court has carefully reviewed said Motion and after due consideration, it is

    **ORDERED AND ADJUDGED** that Jennifer Ator, Esquire's Motion For Eric S. Berkowitz, Esq. To Appear Pro Hac Vice be and the same is hereby **GRANTED**, and Eric S. Berkowitz, Esq. is granted leave to appear in the above-styled cause on behalf of Defendant, Monogram



Credit Card Bank of Georgia.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 20th day of December, 2000.

*[signature]*

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Alan Lash, Esq.
For Plaintiff

Jennifer Ator, Esq.
For Defendant