**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer

SOUND ADVICE, INC., a Florida corporation,

        Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

        Defendant.
_____/



### RE-NOTICE OF TAKING DEPOSITION

**PLEASE TAKE NOTICE** that the undersigned will take the deposition of **Kenneth L. Danielson**, at 10:00 a.m. on Wednesday, January 10, 2000 at Sound Advice Headquarters, 1901 Tigertail Blvd., Dania, Florida 33004.

The deposition shall be taken before a representative of Thomas J. Kresse & Associates, or any other notary public or officer authorized by law to take depositions in the State of Florida. The deposition will continue from day to day until completed. The deposition is being taken for the purpose of discovery, for use at trial, or for such other purposes are permitted under the Rules of Court.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP
Attorneys for Defendant
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Tel. (305)577-3100
Fax. (305) 374-7159

By: _____
    Edward Soto   (Fla. Bar #265144)
    Jennifer Ator  (Fla. Bar #0120911)

In accordance with the Americans of Disabilities Act of 1990, persons needing a special accommodation to participate in this proceeding should contact the undersigned attorney at 305-577-3100 no later than five days prior to the proceeding for assistance; if hearing impaired, telephone 1-800-955-8771 (TDD) or 1-800-955-8770 (Florida Relay Service Number) for assistance.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that a copy of the foregoing was served by fax and mail upon Lash & Goldberg LLP, 100 S.E. 2nd Street, Suite 1200, NationsBank Tower, Miami, Florida 33131-2158 this ___9___ day of January, 2001.

*[signature: Jennifer Jala]*

MI1:\98328\01\23VC01!.DOC\47660.1802

2