UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

SOUND ADVICE, INC., a
Florida corporation,

    Plaintiff,

v.

MONOGRAM CREDIT CARD BANK
OF GEORGIA, a Georgia banking
corporation,

    Defendant.
_____/

### NOTICE OF MEDIATION

YOU ARE HEREBY NOTIFIED that the above-styled cause has been scheduled for mediation on Tuesday, January 16, 2001 at 10:00 a.m. before Michael A. Hanzman, Mediator, **at Commercebank Center, Suite 400, 220 Alhambra Circle, Coral Gables, Fl 33134.**

WE HEREBY CERTIFY that a true and correct copy of the foregoing was mailed and faxed this _10_ day of January, 2001 to: Bruce J. Berman, Esquire and Valerie Itkoff, Esquire, Weil, Gotshal & Manges, LLP, 701 Brickell Avenue, Suite 2100, Miami, FL 33131-2861 and Alan D. Lash, Esquire, Lash & Goldberg, LLP, Suite 1200, NationsBank Tower, 100 SE Second Street, Miami, FL 33131-2158.

        HANZMAN, CRIDEN, CHAYKIN
        & ROLNICK, P.A.
        Commercebank Center, Suite 400
        220 Alhambra Circle
        Coral Gables, FL 33134
        Tel: (305) 357-9000
        Fax: (305) 357-9050

        _____ FOR
        MICHAEL A. HANZMAN