**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

Case No. 00-6050-CIV-ZLOCH
Magistrate Judge Seltzer

SOUND ADVICE, INC., a Florida corporation,

Plaintiff,

v.

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking corporation,

Defendant.
_____/

NIGHT BOX FILED
FEB 13 2001
CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

**NOTICE OF FILING
JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE**

PLEASE TAKE NOTICE that Defendant, Monogram Credit Card Bank of Georgia, hereby gives notice of filing the original Joint Stipulation for Dismissal with Prejudice.

Respectfully submitted,

WEIL, GOTSHAL & MANGES LLP
Attorneys for Defendant
701 Brickell Avenue, Suite 2100
Miami, Florida 33131
Tel. (305)577-3100
Fax. (305) 374-7159

By: _____
Edward Soto  (Fla. Bar #265144)
Jennifer Ator  (Fla. Bar #0120911)

MI1:\100259\01\25CZ01!.DOC\47660.1802

51

Case No. 00-6050-CIV-ZLOCH

**CERTIFICATE OF SERVICE**

WE HEREBY CERTIFY that a copy of the foregoing was served by mail upon Lash & Goldberg LLP, 100 S.E. 2nd Street, Suite 1200, NationsBank Tower, Miami, Florida 33131-2158 this 13th day of February, 2001.

*[signature]*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
BROWARD DIVISION

CASE NO. 00-6050 CIV-ZLOCH/SELTZER

SOUND ADVICE, INC., a
Florida corporation,

    Plaintiff,

v.

MONOGRAM CREDIT CARD BANK
OF GEORGIA, a Georgia banking
corporation,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a), Fed.R.Civ.P., Plaintiff, SOUND ADVICE, INC., and Defendant, MONOGRAM CREDIT CARD BANK OF GEORGIA, by and through their undersigned attorneys, hereby stipulate and agree that this action, having been amicably settled, shall be dismissed with prejudice, with each party to bear its own costs and attorneys' fees, and with the Court to specifically reserve jurisdiction over the parties and the action to enforce the parties' settlement.

DATED on this 13 day of February, 2001.

| **LASH & GOLDBERG LLP** | **WEIL, GOTSHAL & MANGES LLP** |
|---|---|
| Counsel for Plaintiff | Counsel for Defendant |
| 100 S.E. Second Street | 701 Brickell Avenue |
| Suite 1200, Bank of America Tower | Suite 2100 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Phone: (305) 347-4040 | Phone: (305) 577-3100 |
| Fax: (305) 347-4050 | Fax: (305) 374-7159 |
| By: _____ | By: _____ |
| Alan D. Lash | Edward Soto |
| Fla. Bar No. 510904 | Fla. Bar No. 265144 |

F:\WPDocs\Sound Advice\G E C C\Pleadings\USDC Pleadings\StipDismissal wpd