UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6050-CIV-ZLOCH

SOUND ADVICE, INC., a
Florida corporation,

        Plaintiff,

vs.

**FINAL ORDER OF DISMISSAL**

MONOGRAM CREDIT CARD BANK OF
GEORGIA, a Georgia banking
corporation,

        Defendant.
_____/



FILED by _____ D.C.
FEB 1 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

THIS MATTER is before the Court upon the Joint Stipulation For Dismissal With Prejudice, bearing file stamp of the Clerk of the Court dated February 13, 2001. The Court having carefully reviewed said Stipulation and after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. The Joint Stipulation For Dismissal With Prejudice filed herein by the Plaintiff, Sound Advice, Inc., and the Defendant, Monogram Credit Card Bank of Georgia, be and the same is hereby approved, adopted and ratified by the Court;

2. The above-styled cause be and the same is hereby **DISMISSED** with prejudice, each party to bear its own costs and attorneys' fees;

3. The Court retains jurisdiction of the above-styled cause

solely for the purpose of enforcing the settlement agreement; and

    4. To the extent not otherwise disposed of herein, all pending Motions are hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __16th__ day of February, 2001.

WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Alan D. Lash, Esq.
For Plaintiff

Edward Soto, Esq.
For Defendant